# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **JAMES JACOB JONES** | **CIVIL ACTION NO. 18-1193** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **LA BOARD OF PROBATION AND PAROLE** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner James Jacob Jones' Petition for habeas corpus, [doc. # 1], is **DENIED** and **DISMISSED WITH PREJUDICE** as time-barred under 28 U.S.C. § 2244(d)(1).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Petitioner's claims for monetary relief are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Petitioner's "Motion for Stay of State Proceedings and Declaratory Judgment," [doc. # 3], and "Motion for Production of Documents," [doc. # 4], are **DENIED AS MOOT**.

MONROE, LOUISIANA, this 23rd day of October, 2018.

*[signature]*
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**